IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BRYAN C. WAGNER, | § | |
| Plaintiff, | § § § | |
| VS. | § | NO. 4:17-CV-276-A |
| NORTHFIELD INSURANCE COMPANY, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT OF REMAND

Consistent with the order signed on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that the above-captioned action wherein plaintiff is Bryan C. Wagner and defendant is Northfield Insurance Company be, and is hereby, remanded to the state court from which it was removed.

SIGNED May 3, 2017.

_____
JOHN McBRYDE
United States District Judge